BLYTHE MICKELSON, Bar No. 095506
LINDA BALDWIN JONES, Bar No. 178922
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>FINER FLOOR COVERINGS, INC., a California Corporation,<br><br>Defendant. | No. CV 10-3300 JL<br><br>**STIPULATION TO CONTINUE MEDIATION DEADLINE; [PROPOSED] ORDER** |
| FINER FLOOR COVERINGS, INC., a California Corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>SEDLACEK INC., a California Corporation, dba FINER FLOORS,<br><br>Third-Party Defendant | |

///

Stipulation to Continue Mediation Deadline; [Proposed] Order
Case No. CV 10-3300

1  Plaintiffs and Defendant/Third-Party Plaintiff, by and through their counsel, hereby stipulate and respectfully request that the Court so order that the deadline for mediation in the above-entitled action be extended to March 7, 2011. The current deadline to complete mediation is January 20, 2011. Plaintiff and Defendant recently conferred with the Mediator assigned to the case, Michael Loeb. During the conference, Plaintiffs and Defendants decided that in the interest of judicial economy, it was necessary for Third-Party Defendant Sedlacek, Inc. ("Sedlacek") to participate in the mediation session. Sedlacek was served with the Third-Party Complaint on December 17, 2010, and as of today has not filed an Answer or otherwise responded to the Third-Party Complaint. The Parties are attempting to contact Sedlacek to discuss the mediation, among other things, but do not believe it will be possible to schedule a mediation session with all parties present before the January 20th deadline. The additional time, if granted, will allow all Parties the opportunity to participate in the mediation session. Accordingly, Plaintiffs and Defendant/Third-Party Plaintiff respectfully request that the Court extend the deadline to complete mediation to March 7, 2011.

Dated: January 5, 2011

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        By:   /s/ Ezekiel Carder
             EZEKIEL D. CARDER
             Attorneys for Plaintiffs

Dated: January 5, 2011

        CAMPEAU GOODSELL SMITH

        By:   /s/ Kari Silva
             KARI SILVA
             Attorneys for Defendant

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -
Stipulation to Continue Mediation Deadline; [Proposed] Order
Case No. CV 10-3300

# [PROPOSED] ORDER

The Court approves the terms of the above Stipulation and the Parties are ordered to comply with this Order. In addition the Court orders:

Dated: January 10, 2011  _____

_____
HONORABLE JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

124380/602767

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -

Stipulation to Continue Mediation Deadline; [Proposed] Order
Case No. CV 10-3300

# PROOF OF SERVICE
(CCP 1013)

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On January 5, 2011, I served upon the following parties in this action:

>  Sedlacek, Inc., dba Finer Floors
>  1282 Alma Court
>  San Jose, CA  95112

copies of the document(s) described as:

**Stipulation to Continue Mediation Deadline; and [Proposed] Order**

**[X]** **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

**[ ]** **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

**[ ]** **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California.  I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

**[ ]** **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct.  Executed at Alameda, California, on January 5, 2011.

　　　　　　　　　　　　　　　　　　　　　　\_\_\_//s// Mary Patricia Boersma_____
　　　　　　　　　　　　　　　　　　　　　　Mary Patricia Boersma

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 4 -

Stipulation to Continue Mediation Deadline; [Proposed] Order
Case No. CV 10-3300

# PROOF OF SERVICE
(CCP 1013)

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On January 5, 2011, I served upon the following parties in this action:

Sedlacek, Inc., dba Finer Floors
1282 Alma Court
San Jose, CA  95112

copies of the document(s) described as:

**Stipulation to Continue Mediation Deadline; and [Proposed] Order**

[X] **BY MAIL** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] **BY PERSONAL SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

[ ] **BY OVERNIGHT DELIVERY SERVICE** I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

[ ] **BY FACSIMILE** I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on January 5, 2011.

//s// Mary Patricia Boersma
Mary Patricia Boersma

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 4 -

Stipulation to Continue Mediation Deadline; [Proposed] Order
Case No. CV 10-3300