BLYTHE MICKELSON, Bar No. 095506
LINDA BALDWIN JONES, Bar No. 178922
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>        Plaintiffs,<br><br>    v.<br><br>FINER FLOOR COVERINGS, INC., a California Corporation,<br><br>        Defendant. | No. CV 10-3300 JL<br><br>**STIPULATION TO CONTINUE MEDIATION DEADLINE;** [~~PROPOSED~~] **ORDER** |
| FINER FLOOR COVERINGS, INC., a California Corporation,<br><br>        Third-Party Plaintiff,<br><br>    v.<br><br>SEDLACEK INC., a California Corporation, dba FINER FLOORS,<br><br>        Third-Party Defendant | |

///

Stipulation to Continue Mediation Deadline; [~~Proposed~~] Order
Case No. CV 10-3300

Plaintiffs and Defendant/Third-Party Plaintiff, by and through their counsel, hereby stipulate and respectfully request that the Court so order that the deadline for mediation in the above-entitled action be extended to July 29, 2011. The current deadline to complete mediation is May 9, 2011. As set forth in the Stipulation to Continue the Mediation Deadline filed on March 4, 2011, Plaintiffs and Defendants are prepared to proceed with mediation with just Plaintiffs and Defendants participation, although the Parties believe that in the interest of judicial economy, it would be helpful for Third-Party Defendant Sedlacek, Inc. ("Sedlacek") to participate in the mediation session. However, Sedlacek has failed to appear in the matter and entry of default was entered against them on April 2, 2011. Plaintiffs and Defendants have been unable to schedule the mediation before the current mediation deadline of May 9, 2011, but have exchanged documentation that may be helpful in reaching a resolution of the litigation. The additional time, if granted, will allow Plaintiffs and Defendants the opportunity to participate in the mediation session. Accordingly, Plaintiffs and Defendant/Third-Party Plaintiff respectfully request that the Court extend the deadline to complete mediation to July 29, 2011.

Dated: May 9, 2011

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        By:   /s/ Ezekiel D. Carder
              EZEKIEL D. CARDER
              Attorneys for Plaintiffs

Dated: May 9, 2011

        CAMPEAU GOODSELL SMITH

        By:   /s/ Kari Silva
              KARI SILVA
              Attorneys for Defendant

- 2 -
Stipulation to Continue Mediation Deadline; [Proposed] Order
Case No. CV 10-3300

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

## [PROPOSED] ORDER

The Court approves the terms of the above Stipulation and the Parties are ordered to comply with this Order. In addition the Court orders:

Dated: __May 10, 2011_____

_____
HONORABLE JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 3 -

Stipulation to Continue Mediation Deadline; [Proposed] Order
Case No. CV 10-3300