1  Gregory Charles Esq., SBN #208583
   Kari L. Silva, Esq., SBN #257033
2  CAMPEAU GOODSELL SMITH, L.C.
   440 N. 1st Street, Suite 100
3  San Jose, California  95112
   Telephone:  (408) 295-9555
4  gcharles@campeaulaw.com
   ksilva@campeaulaw.com
5
   *Attorneys for Defendant FFC*
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                     SAN FRANCISCO

10

11 
12 THE BOARD OF TRUSTEES OF THE            Case No: 10-cv-3300 JSC
   CARPENTERS PENSION TRUST FUND
13 FOR NORTHERN CALIFORNIA,
                                           **[PROPOSED] ORDER TO CONTINUE**
14         Plaintiffs,                     **CASE MANAGEMENT CONFERENCE**

15    v.                                           Hearing

16 FINER FLOOR COVERINS, INC., a           Date:  November 3, 2011
   California Corporation,                 Time:  1:30 PM
17                                         Judge: Hon. Jacqueline Scott Corley
                                                  450 Golden Gate Ave
18                                                Courtroom E, 15th Floor
           Defendant.                             San Francisco, CA 94102-3489
19 
   And Related Cross Action
20 

21 

22 

23                              **ORDER**

24 Based upon the stipulation of the parties and good cause appearing;

25 
   IT IS ORDERED that the Case Management Conference scheduled for November 3, 2011 at 1:30
26 
27 p.m. is VACATED;

28 IT IS FURTHER ORDERED that the Case Management Conference is rescheduled

---
                                    3
                    STIPULATION AND PROPOSED ORDER

for the <u>8th</u> day of <u>December</u>, 2011 at <u>1:30</u> p.m. A joint case management statement shall be filed by December 1, 2011.

OCT 2 8 2011

_____
HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

4
STIPULATION AND PROPOSED ORDER