```
GREGORY CHARLES, ESQ., Bar No. 208583
KARI L. SILVA, Bar No. 257033
CAMPEAU GOODSELL SMITH, LC
440 North First St., Suite 100
San Jose, California 95112
Telephone 408.295.9555
Facsimile: 408.295.6606
gcharles@campeaulaw.com
ksilva@campeaulaw.com
```

*Counsel for Finer Floor Coverings, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>FINER FLOOR COVERINGS, INC., a California Corporation,<br><br>Defendant. | No. CV 10-3300 JSC<br><br>**AMENDED** ~~PROPOSED~~ **ORDER ON MOTION FOR REQUEST OF COUNSEL TO APPEAR AT CASE MANAGEMENT CONFERENCE VIA TELEPHONE**<br><br>Date: December 8, 2011<br>Time: 1:30 p.m.<br>Judge: Honorable Jacqueline Scott Corley<br>Courtroom: E |

[~~PROPOSED~~] ORDER

Counsel for Finer Floor Coverings Inc. may appear at the Case Management Conference scheduled on December 8, 2011 at 1:30 p.m. via telephone. Counsel shall contact Court Call at 1-888-882-6878 to make arrangements to appear telephonically.

Dated: 12/6/2011               _____
                                          *Jacqueline S. Corley*
                               HONORABLE JACQUELINE SCOTT CORLEY
                               UNITED STATES MAGISTRATE JUDGE

- 3 -

Motion for Request Of Counsel to Appear At Case Management Conference via telephone; [~~Proposed~~] Order
Case No. CV 10-3300