IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>FINER FLOOR COVERINGS, INC., a California Corporation,<br><br>Defendant – Third-Party Plaintiff,<br><br>and<br><br>SEDLACEK, INC.,<br><br>Third-Party Defendant. | Case No.: 10-3300 JSC<br><br>**ORDER RE: DEFENDANT'S MOTION FOR DEFAULT JUDGMENT** |

In this enforcement action brought under the Employee Retirement Income Security Act, Defendant Finer Floor Coverings, Inc. brings a Motion for Default Judgment seeking entry of default judgment, damages, and attorneys' fees and costs against Third-Party Defendant Sedlacek, Inc. (Dkt. No. 55). The Court finds that the Motion is suitable for

determination without oral argument, pursuant to Civil Local Rule 7–1(b), and VACATES the May 31, 2012 hearing date.

Defendant's Motion for Default Judgment includes a request for $24,784.66 in attorneys' fees and costs; however, counsel has not submitted any documentation of costs, expenses, fees, or rates. Without this information the record provides no basis for determining a reasonable award. Accordingly, within 7 days from the filing date of this Order, Defendant shall submit a declaration supporting its request for attorneys' fees and costs including details as to how the requested fee was computed.

Upon receipt of this declaration and any supporting documentation, the Court will take Defendant's Motion for Default Judgment under submission.

Defendant shall serve a copy of this Order on Third-Party Defendant Selacek within three days and shall file a proof of service with this Court.

**IT IS SO ORDERED.**

Dated: May 24, 2012

_Jacqueline S. Corley_
_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE