IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>      Plaintiff,<br><br>   v.<br><br>FINER FLOOR COVERINGS INC., a California Corporation,<br><br>      Defendant – Third-Party Plaintiff,<br><br>   and<br><br>SEDLACEK, INC.,<br><br>      Third-Party Defendant. | No. C 10-03300 CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The court has reviewed Magistrate Judge Corley's Report and Recommendation regarding Defendant's Motion for Default Judgment against Third-Party Defendant Sedlacek, Inc. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, Defendant's Motion for Default Judgment is GRANTED as to the claim for contractual indemnity.

**IT IS SO ORDERED.**

Dated: June 20, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\3300\Order Adopting Report and Recommendation.wpd