IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CARPENTERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiff,<br><br>  v.<br><br>FINER FLOOR COVERINGS INC. a California Corporation,<br><br>    Defendant – Third-Party Plaintiff,<br>    and<br>SEDLACEK, INC.,<br><br>    Third-Party Defendant . | No. C 10-03300 CRB<br><br>**JUDGMENT** |

Having GRANTED Defendant's Motion for Default Judgment against Third-Party Defendant Sedlacek, Inc., the Court hereby enters judgment in favor of Defendant, Finer Floor Coverings, Inc. against Third-Party Defendant Sedlacek, Inc., on this claim. The Court further awards Defendant a total of $123,446.00 in damages and $24,022.16 in attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: June 20, 2012

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\3300\Judgment.wpd